**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Charles Lee TAYLOR, Defendant– Appellant.**

No. 06–11939

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Sept. 27, 2006.

Kristen Gartman Rogers, Sal–Federal Public Defender, Carlos Alfredo Williams, Federal Defender Org., Mobile, AL, for Plaintiff–Appellee.

Sean P. Costello, Mobile, AL, for Defendant–Appellant.

Before ANDERSON, BIRCH and HULL, Circuit Judges.

PER CURIAM:

Kristen Gartman Rogers, appointed counsel for Charles Lee Taylor in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Taylor's convictions and sentences are **AFFIRMED.**